FILED: September 24, 2021

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 21-2046

(7:21-cv-00471-TTC)

_____

BOARD OF SUPERVISORS OF ALLEGHANY COUNTY

        Plaintiff - Appellee

v.

DONNIE T.A.M. KERN

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
| Originating Case Number | 7:21-cv-00471-TTC |
| Date notice of appeal filed in originating court: | 09/23/2021 |
| Appellant(s) | Donnie T.A.M. Kern |
| Appellate Case Number | 21-2046 |
| Case Manager | T. Fischer<br>804-916-2704 |